UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: BRODIE                    12/15/2015                    TIME: **10:40-12:20**
CR-14-105

# CRIMINAL CAUSE FOR SENTENCING

DEFENDANT NAME:     Jorge Estrada-Tepal
✔ Present      **Not Present**          ✔ **Cust.**              Bond

DEFENSE COUNSEL:    **Adam D. Perlmutter**
✔ **Present**      Not present          ✔ **CJA**          _ RET     Federal Defenders

DEFENDANT NAME:   Ricardo Estrada-Tepal
✔ Present        Not Present          ✔ **Cust.**              Bond

DEFENSE COUNSEL:    **John S. Wallenstein**
✔ **Present**      Not present          ✔ **CJA**          _ RET     Federal Defenders

DEFENDANT NAME:     Victor Leonel Estrada-Tepal
✔ Present      Not Present          ✔ Cust.              Bond

DEFENSE COUNSEL:    **Richard B. Lind**
✔ **Present**      Not present          ✔ **CJA**          _ RET     Federal Defenders

A.U.S.A.:     **Taryn Merkl/ Melody Wells**                    CLERK: Ogoro N. Francis
CR:            Sherry Bryant
INT: Sp.      Rosa Olivera

- CASE CALLED.

- SENTENCING HELD.

- STATEMENTS OF DEFENDANT'S AND COUNSEL HEARD.

- *DEFENDANTS WERE SENTENCED.*

**SENTENCE TEXT:**

As to **Jorge Estrada-Tepal,** the plea taken before Magistrate Judge Levy on January 15, 2015 was accepted by the Court. The defendant was sentenced to TWO HUNDRED TEN (210) MONTHS on Count ONE (1ss). TWO HUNDRED TEN (210) MONTHS on Count TWO (2ss). The sentence imposed on Counts ONE (1ss) and TWO (2ss) are to run concurrently for a total term of imprisonment of TWO HUNDRED TEN (210) MONTHS. Supervised release term of FIVE (5) YEARS, with special conditions. A Mandatory Special Assessment of TWO ($200) HUNDRED dollars. No Fine. Restitution in the amount of $1,033,336.00 (jointly and severally with the co-defendants). As to **Victor Leonel Estrada-Tepal**, the plea taken before Magistrate Judge Levy on January 13, 2015 was accepted by the Court. The defendant was sentenced to TWO HUNDRED TEN (210) MONTHS on Count ONE (1ss). TWO HUNDRED TEN (210) MONTHS on Count FIVE (5ss). The sentence imposed on Counts ONE (1ss) and FIVE (5ss) are to run concurrently for a total term of imprisonment of TWO HUNDRED TEN (210) MONTHS. A Mandatory Special Assessment of TWO ($200) HUNDRED dollars. Supervised release term of FIVE (5) YEARS, with special conditions. No Fine. Restitution in the amount of $1,033,336.00 (jointly and severally with the co-defendants). As to **Ricardo Estrada-Tepal**, the plea before Magistrate Judge Levy on January 14, 2015 was accepted by the Court. The defendant was sentenced to ONE HUNDRED EIGHTY (180) MONTHS on Count ONE(1ss). ONE HUNDRED EIGHTY (180) MONTHS on Count FOUR (4ss). The sentence imposed on Counts ONE (1ss) and FOUR (4ss) are to run concurrently for a total term of imprisonment of ONE HUNDRED EIGHTY (180) MONTHS. A Mandatory Special Assessment of TWO ($200) HUNDRED dollars. Supervised release term of FIVE (5) YEARS, with special conditions. No Fine. Restitution in the amount of $1,033,336.00 (jointly and severally with the co-defendants). All of the defendants was advised of their right to an appeal. Upon a motion made by the government, all open and underlying counts were dismissed by the Court.